IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT E. STEPHENSON,** | Case No. 2:10-cv-00238-GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **M. MARTEL, et al.,** | |
| Defendants. | |

Defendants' motion to modify the discovery and scheduling order was considered by this Court, and good cause appearing,

**IT IS HEREBY ORDERED** that discovery must be completed and any motions to compel must be filed no later than January 10, 2011.

Dated: December 8, 2010           /s/ Gregory G. Hollows

_____

U.S. MAGISTRATE JUDGE

Step0238.eot2

1

[Proposed] Order (2:10-cv-00238-GGH P)