1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT E. STEPHENSON,

11              Plaintiff,                    No. CIV S-10-0238 GGH P

12        vs.

13   M. MARTEL, et al.,

14              Defendants.                   ORDER

15   _____/

16          Plaintiff has requested the appointment of counsel.  The United States Supreme

17   Court has ruled that district courts lack authority to require counsel to represent indigent

18   prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In

19   certain exceptional circumstances, the court may request the voluntary assistance of counsel

20   pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);

21   Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

22   does not find the required exceptional circumstances.  The facts of this case are rather simple,

23   plaintiff alleges that defendants failed to protect him from another inmate.  At the current time,

24   findings and recommendations are pending and counsel is not required, moreover, plaintiff has

25   ably litigated the case to this point.  Plaintiff's request for the appointment of counsel will

26   therefore be denied.

                                            1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the

2  appointment of counsel (Docket No. 52) is denied.

3  DATED: March 21, 2012

4                                        /s/ Gregory G. Hollows
                                   UNITED STATES MAGISTRATE JUDGE

5

GGH:md
6  step0238.31

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26