IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT E. STEPHENSON,

    Plaintiff,                    No. 2:10-cv-0238 GGH P

    vs.

M. MARTEL, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is proceeding with a civil rights action that is set for trial before the undersigned on March 11, 2013. On April 5, 2012, a Further Scheduling Order was issued and plaintiff was to file a pretrial statement on or before August 17, 2012. That date has passed and plaintiff has not filed a pretrial statement or otherwise communicated with the court. Plaintiff shall file a pretrial statement within 14 days or else this case will be dismissed.

        Accordingly, IT IS HEREBY ORDERED that plaintiff shall file a pretrial statement within 14 days or else this case will be dismissed.

DATED: August 27, 2012

                                  /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE

GGH: AB
step0238.ord

1