IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT E. STEPHENSON,

      Plaintiff,                    No. 2:10-cv-0238 AC P

   vs.

M. MARTEL, et al.,

      Defendants.            ORDER

_____/

      On October 25, 2012, the court entered a pretrial order which, among other things, gave the parties twenty one days to file amended witness lists, and scheduled trial before Magistrate Judge Hollows on March 11, 2013. See Doc. No. 63. The court's October 25, 2012 pretrial order directed that any objections to the pretrial order were to be filed within fourteen days after the pretrial order was filed. See id. at 12.

      On November 14, 2012, plaintiff filed a motion seeking an extension of time to file objections to the October 25, 2012 order. See Doc. No. 65. Plaintiff appears to seek additional time through December 12, 2012 both to comply with the pretrial order and to object to it. See id. at 2.

      On November 19, 2012, this action was reassigned to the undersigned. See Doc. No. 66.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's November 14, 2012 motion for an extension of time (Docket No. 65) is granted;

2. Plaintiff is granted 30 days from the date of this order in which to file objections to the October 25, 2012 order;

3. The previously scheduled trial date of March 11, 2013 is vacated. The court will reset the trial date after resolution of plaintiff's objections to the pretrial order.

DATED: November 26, 2012

                                               /s/
                                          ALLISON CLAIRE
                                          UNITED STATES MAGISTRATE JUDGE

AC:rb
step0238.36